UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Sterling National Bank,

                Plaintiff,

-against-

No. 16 Civ. 877 (CM)

JC Fodale Energy Services, LLC, et al.,

                Defendants.

## ORDER

McMahon, J.:

This court requested a status letter report of the above-captioned case on September 28, 2023. No letter having been sent in response to the court's order at docket #61, this case is hereby DISMISSED for failure to prosecute.

Dated: February 14, 2024

                                                  U.S.D.J

BY ECF TO ALL COUNSEL